IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SCOTT SEEFELDT, | 1:08-cv-00337-LJO-GSA-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS & RECOMMENDATIONS |
| vs. | (Doc. 10.) |
| CDCR MEDICAL, et al., | ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE |
| Defendants. | RELIEF |
| _____/ | (Doc. 8.) |

Brian Scott Seefeldt ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On September 24, 2008, findings and recommendations were entered, recommending that plaintiff's motion for preliminary injunctive relief be denied for lack of jurisdiction. Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days. To date, plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on September 24, 2008, are adopted in full; and

2. Plaintiff's motion for preliminary injunctive relief is DENIED.

IT IS SO ORDERED.

**Dated:   November 13, 2008**             /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE