UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SCOTT SEEFELDT,<br><br>    Plaintiff,<br><br>    v.<br><br>CDCR MEDICAL, et al.,<br><br>    Defendants. | 1:08-cv-00337-LJO-GSA-PC<br><br>ORDER DENYING MOTION TO STAY<br>(Doc. 11.)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT<br><br>SIXTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On November 10, 2008, plaintiff filed a motion to stay this action until January 1, 2009, so that he can recover from upcoming brain surgery.

The court does not often stay litigation, due to the possibility of prejudice to defendants. However, good cause having been presented to the court, plaintiff shall be granted an extension of time in which to file his amended complaint, pursuant to the court's order of September 24, 2008.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to stay this action is DENIED;

2. Plaintiff is granted an extension of time in which to file his amended complaint,; and

3. Within sixty days of the date of service of this order, plaintiff shall file an amended complaint, pursuant to the court's order of September 24, 2008.

IT IS SO ORDERED.

Dated:   **November 18, 2008**            /s/ **Gary S. Austin**

UNITED STATES MAGISTRATE JUDGE