UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRIAN SCOTT SEEFELDT, | ) | 1:08-cv-00337-LJO-GSA-PC |
| | ) | |
| Plaintiff, | ) | ORDER CONSTRUING MOTION TO POSTPONE CASE AS MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT |
| | ) | |
| v. | ) | |
| | ) | |
| CDCR MEDICAL, et al., | ) | (Doc. 14.) |
| | ) | |
| | ) | ORDER GRANTING THIRTY-DAY EXTENSION OF TIME TO FILE AMENDED COMPLAINT |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On November 10, 2008, plaintiff filed a motion to stay this action while he recovered from upcoming brain surgery. (Doc. 11.) The court denied plaintiff's motion for stay. (Doc. 13.) However, due to plaintiff's circumstances, the court granted him a sixty-day extension of time in which to file an amended complaint, pursuant to the court's order of September 24, 2008. Id.

On December 16, 2008, plaintiff filed a motion to "extend postponement," in which he states that the court previously granted "a postponement of this case." (Doc. 14.) As stated above, plaintiff's case was not previously "postponed;" rather, the court granted an extension of time for plaintiff to amend his complaint, pursuant to the court's order of September 24, 2008. Accordingly, the court shall construe plaintiff's motion to "extend postponement" as a motion for another extension of time to file an amended complaint.

Plaintiff requests an extension of time until after a decision is rendered in a habeas corpus action he filed on December 3, 2008. Plaintiff has not presented any facts demonstrating how the habeas

1

corpus action affects his ability to amend the complaint in this action.[1]  Nevertheless, plaintiff shall be granted thirty more days in which to file his amended complaint.  Plaintiff is forewarned that further extensions shall not be granted without a showing of good cause.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to "extend postponement" of this action is CONSTRUED as a motion for another extension of time to file an amended complaint;
2. Plaintiff's motion for an extension of time is GRANTED;
3. Within thirty days of the date of service of this order, plaintiff SHALL FILE an amended complaint, pursuant to the court's order of September 24, 2008; and
4. Plaintiff is forewarned that further extensions shall not be granted without a showing of good cause.

IT IS SO ORDERED.

Dated:   **December 19, 2008**               /s/ **Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] Nor did plaintiff show good cause for another extension of time based on his surgery.  Plaintiff has not indicated when the surgery is scheduled.

2